UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA SPEED AND JOE DUCRE | CIVIL ACTION |
| v. | NO. 17-12622 |
| SID GAUTREAUX,<br>  Sheriff, East Baton Rouge, and<br>WYDETTE WILLIAMS,<br>  Sheriff, East Carroll Parish | SECTION: "N" - KDE - DEK |

## **ORDER AND REASONS**

Presently before the Court are Defendants' "Motions to Dismiss" (Rec. Docs. 6 and 7). Given that neither defendant resides within the Eastern District of Louisiana, and none of the events giving rise to Plaintiffs' claims occurred in the Eastern District of Louisiana, the Court agrees with Defendants that venue is not proper. *See* 28 U.S.C. §1391. Accordingly, **IT IS ORDERED** that the motions are **GRANTED** and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 15th day of May 2018.

_____
**KURT D. ENGELHARDT**
**United States District Judge**